UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. WALKER, | NO. CV 08-00559 JSL (SS) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| MICHAEL EVANS, Warden, | |
|     Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/22/08

                                           *Spencer Letts*
                                           J. SPENCER LETTS
                                           UNITED STATES DISTRICT JUDGE